UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA K. WORSTELL COLLINS, ) | No. 1:08-cv-00271 GSA |
| ) PLAINTIFF, ) | ORDER EXTENDING TIME FOR |
| ) | PLAINTIFF TO FILE OPENING BRIEF |
| v. ) | |
| ) | |
| MICHAEL J. ASTRUE, ) | |
| ) | |
| COMMISSIONER SOCIAL SECURITY, ) | |
| ) | |
| DEFENDANT. ) | |
| ) | |

   PURSUANT TO STIPULATION, IT IS ORDERED THAT PLAINTIFF'S TIME IN WHICH TO FILE HER OPENING BRIEF IS EXTENDED FROM January 28, 2009 TO February 27, 2009.


DATED: January 21, 2009       **/s/ Gary S. Austin**

                              **HONORABLE GARY S. AUSTIN**
                              **United States Magistrate Judge**

Extension of Time to File MSJ

- 1

PDF created with pdfFactory trial version www.pdffactory.com