Shanny J. Lee, Calif. Bar No. 213599
BINDER AND BINDER
4000 W. Metropolitan Dr.
Orange, CA 92868-3504
Phone (714) 564-8640
Fax   (714) 564-8641
Email:  mrlee1066@yahoo.com

Attorney for plaintiff Sandra K. Worstell Collins

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA K. WORSTELL COLLINS,<br><br>PLAINTIFF,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>COMMISSIONER OF SOCIAL SECURITY,<br><br>DEFENDANT. | No. 1:08−CV−00271−GSA<br><br>ORDER AWARDING EAJA FEES |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"), and for cause shown,

IT IS ORDERED that plaintiff's attorney, as plaintiff's assignee, is awarded attorney's fees pursuant to the Equal Access to Justice Act ("EAJA") in the amount of FIVE THOUSAND THREE HUNDRED DOLLARS and 00/100's ($5,300.00), as authorized by 28 U.S.C. § 2412(d), and subject to the terms and conditions of the Stipulation.

Dated : October 9, 2009          /s/ Gary S. Austin
                                  The Honorable Gary S. Austin
                                  United States Magistrate Judge

Proposed Order for EAJA fees